SION. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–6645. JOELSON *v.* DEPARTMENT OF JUSTICE ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–6806. SPUCK *v.* FREDRIC. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*

No. 11A363. GARGANO *v.* SUPREME JUDICIAL COURT OF MASSACHUSSETTS. Sup. Jud. Ct. Mass. Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. D–2604. IN RE DISCIPLINE OF CHARLES. James George Charles, of Rockville, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2605. IN RE DISCIPLINE OF MABRY. Ralph Thomas Mabry, Jr., of Silver Spring, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2606. IN RE DISCIPLINE OF LUCAS. Timothy John Lucas, of Erie, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2607. IN RE DISCIPLINE OF THOMPSON. Theodore Q. Thompson, of Blue Bell, Pa., is suspended from the practice of